IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LARRY KENNEDY,<br><br>    Petitioner,<br><br>vs.<br><br>JERRY BURT,<br><br>    Respondent. | No. C06-3010-LRR<br><br>PRE-INITIAL<br>REVIEW ORDER |

This matter is before the court on the petitioner's certificate of inmate account. The petitioner submitted such certificate on February 24, 2006. Along with his certificate of inmate account, the petitioner submitted an application for a writ of habeas corpus. Contrary to the petitioner's assertions, he did not submit an application to proceed in forma pauperis or the statutory $5.00 filing fee. If he desires to proceed with this action, the petitioner is directed to submit an application to proceed in forma pauperis or the statutory $5.00 filing fee by no later than March 16, 2006. If the petitioner fails to comply with this order, this case may be dismissed for failure to respond to an order of the court. Fed. R. Civ. P. 41(b); *Edgington*, 52 F.3d at 779-80. *Cf.* L.R. 41.1(b)(4).

**IT IS SO ORDERED.**

DATED this 1st day of March, 2006.

_____
John A. Jarvey
Chief Magistrate Judge
UNITED STATES DISTRICT COURT